# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 17-70281-JAD |
| Jerry A. McKinney ) | Chapter 13 |
| Kathy J. McKinney, ) | Document No.: |
| Debtors. ) | Related to Document No.: 1  and 11 |
| _____ ) | |
| Jerry A. McKinney ) | |
| Kathy J. McKinney, ) | |
| Movants, ) | |
| ) | |
| v. ) | |
| ) | |
| No Respondent. ) | |

## ORDER

AND NOW, to wit, this __20th__ day of __April__, 2017, it is hereby ORDERED, ADJUDGED and DECREED, that the debtors, Jerry A. McKinney and Kathy J. McKinney, are hereby granted an extension until __May 1, 2017__ to file a completed Chapter 13 petition and plan in this case. No additional extensions will be requested or granted.

Jeffery A. Deller
Chief U.S. Bankruptcy Judge

FILED
4/20/17 8:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-70281-JAD
Jerry A. McKinney                                                               Chapter 13
Kathy J. McKinney
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: bsil                 Page 1 of 1              Date Rcvd: Apr 20, 2017
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2017.
db/jdb         +Jerry A. McKinney,    Kathy J. McKinney,    276 Ida Street,    Houtzdale, PA 16651-8542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2017 at the address(es) listed below:
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association as
               servicer for PNC Bank, N.A. pabk@logs.com
              Matthew M. Herron    on behalf of Joint Debtor Kathy J. McKinney mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Debtor Jerry A. McKinney mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5