IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **17-70281** |
| **Jerry A. McKinney** | : | |
| **Kathy J. McKinney** | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Jerry A. McKinney** | : | |
| **Kathy J. McKinney** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Matthew M. Herron 88927**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of the debtors complete bankruptcy schedules.

By: **/s/ Matthew M. Herron**
Signature
**Matthew M. Herron 88927**
Typed Name
**941 Penn Avenue, Suite 101**
**Pittsburgh, PA 15222**
Address
**412-395-6001 Fax:412-391-2808**
Phone No.
**88927**
List Bar I.D. and State of Admission

```
ACS/College Loan Corp.
501 Bleecker St.
Utica, NY 13501

Advanced Disposal
6330 Route 219
Brockway, PA 15824

AFNI
1310 MLK Drive
PO Box 3517
Bloomington, IL 61702-3517

Alliance One
4850 Street Road
Suite 300
Feasterville Trevose, PA 19053

Ally Financial
200 Renaissance Ctr.
Detroit, MI 48243

Altoona Regional
820 Howard Avenue
Altoona, PA 16601

AM Std Asst.
100 Cambridge St., Suite 1600
Boston, MA 02114

Apex Asset
2501 Oregon Pike Ste
Lancaster, PA 17601

Beneficial
PO Box 1231
Brandon, FL 33509-1231

Berks Credit & Collections
PO Box 329
Temple, PA 19560

Calvary Portfolio Services
500 Summit Lake Ste 400
Valhalla, NY 10595

Capital One
Attn: General Correspondence/Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Capital One
P.O. Box 30285
Salt Lake City, UT 84130
```

Cawley & Bergmann, LLP
117 Kinderkamack Road
Suite 201
River Edge, NJ 07661

CCS/Nationwide Insurance
725 Canton Street
Norwood, MA 02062

Centre Diagnostic
PO Box 197
State College, PA 16804

Centre Emergency Med.
PO Box 6009
Hermitage, PA 16148

Chase Card
Attn: Correspondence Dept.
PO Box 15298
Wilmington, DE 19850

Chase Mtg.
PO Box 24696
Columbus, OH 43224

Clair and Eleanor Godissart
525 Keystone Hill Road
Philipsburg, PA 16866

Clearfield Hospital
PO Box 731584
Dallas, TX 75373

Collection Service Center
839 5th Ave.
New Kensington, PA 15068

Comcast Cable
PO Box 23870
Jacksonville, FL 32241

Commonwealth of PA
118 Enterprise Drive
Philipsburg, PA 16866

Complete Payment Recovery
3500 5th Street
River Falls, AL 36476

Continental Finance
PO Box 105125
Atlanta, GA 30348

Credit Bureau of Lancaster County, Inc.
PO Box 1271
Lancaster, PA 17608

Credit Collection Services
2 Wells Avenue
Newton Center, MA 02459

Credit Control Collections
2410 Broad Avenue
Altoona, PA 16601

Credit Management, LP
Attn: Bankruptcy
2121 Noblestown Rd
Pittsburgh, PA 15205

David J. Hickton, Esq.
US Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

Delta Management Associates, Inc.
100 Everett Avenue, Suite 6
P.O. Box 9191
Chelsea, MA 02150

Enhanced Recovery Company, LLC
8014 Bayberry Road
Jacksonville, FL 32256-7412

Exeter Finance Corp.
PO Box 166008
Irving, TX 75016

Fst Premier
601 S Minneapolis Ave.
Sioux Falls, SD 57104

Geisinger
PO Box 27727
Newark, NJ 07101-7727

Geisinger Health System
100 N. Academy Avenue
Danville, PA 17822

Holiday Financial Serv
1800 Daisy Street Ext St
Clearfield, PA 16830

Holiday Financial Service
1800 Daisy Street Ext St.
Clearfield, PA 16830

```
Home Health Resource
PO Box 13150
Overland Park, KS 66282

HSBC
PO Box 71104
Charlotte, NC 28272

HSBC Mortgage Services
636 Grand Regency Blvd.
Brandon, FL 33510

ICN IPA Colletion
PO Box 893
Washington, PA 15301

Internal Revenue Service
Centralized Insolvency Unit
PO Box 21126
Philadelphia, PA 19114-0326

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106

L.S. Ross Assoc.
PO Box 6099
Jackson, MI 49204

Laffey & Associates
415 Chartiers Avenue
Carnegie, PA 15106

Laurel Eye Clinic
PO Box 1180
Sharpsburg, GA 30277

Lowe's
P.O. Box 530914
Atlanta, GA 30353-0914

LTD Financial Services
7322 Southwest Freeway, Suite 1600
Houston, TX 77074

LVNV Funding
PO Box 10497
Greenville, SC 29603

M & T Bank
PO Box 844
Buffalo, NY 14240
```

Mabt/contfin
PO Box 8099
Newark, DE 19714

Med East Post Opd Surgical
PO Box 822796
Philadelphia, PA 19182

MediCredit
PO Box 1629
Maryland Heights, MO 63043

Medicredit Corp./Outsource Group
Attn: Bankruptcy
3620 Interstate 70 Dr. Se
Columbia, MO 65201

Meredith Manor
Waverly, WV 26184

Midland Credit Management
8875 Aero Drive Ste 200
San Diego, CA 92123

Mihalkd's
One Hilside Drive
Altoona, PA 16601

MRS Associates, Inc.
1930 Olney Ave
Cherry Hill, NJ 08003

Mt. Nittany Medical Center
PO Box 536317
Pittsburgh, PA 15253

Mt. Nittany Medical Center
PO Box 1259
State College, PA 16804

Mt. Nittany Physician Group
PO BOx 6005
Hermitage, PA 16148

National Credit Adjusters
P.O. Box 3023
Hutchinson, KS 67504-3023

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

```
Northland Group
PO Box 129
Thorofare, NJ 08086-0129

Northland Group, Inc.
P.O. Box 390846
Minneapolis, MN 55439

PA Collection
PO Box 893
Washington, PA 15301

Penn Credit
Attn: Bankruptcy
PO Box 988
Harrisburg, PA 17108

Penn Credit
916 S. 14th Street
Harrisburg, PA 17104

Penn Credit
916 S. 14th Street
PO Box 988
Harrisburg, PA 17108

Penn Highlands
PO Box 16157
Rocky River, OH 44116

Penn Highlands Clfd
809 Turnpike Ave.
PO Box 992
Clearfield, PA 16830

Penn Highlands Clfd
PO Box 893
Washington, PA 15301

Penn Highlands Dubois
PO Box 447
Du Bois, PA 15801

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541

R&R Radiology Consultants
PO Box 129
State College, PA 16803

Scheer, Green & Burke
PO Box 1312
Toledo, OH 43603
```

```
Schumacher Group
165 Caprice Court, Unit B
Castle Rock, CO 80109

Southwest Credit Systems
4120 International Parkway Ste 1100
Carrollton, TX 75007

Springleaf
PO Box 64
Evansville, IN 47701

The Caring Healthcare Network
601 N. Front Street
Philipsburg, PA 16866

The HMC Group
Collection Agency
POB 16211
Rocky River, OH 44116

Transworld Systems
PO Box 15273
Wilmington, DE 19850

Tribute Card
Attn: Bankruptcy
P.O. Box 105555
Atlanta, GA 30348

Tyrone Hospital
9245 Watson Industrial Park
Saint Louis, MO 63126

United Recovery Systems
P.O. Box 722929
Houston, TX 77272

UOC
101 Regent Court
State College, PA 16801

UPMC
PO Box 371472
Pittsburgh, PA 15250

Verizon
Verizon Wireless Bankruptcy Administrati
500 Tecnolgy Dr. Ste 500
Weldon Springs, MO 63304
```