IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No.: 17-70281-JAD |
| Jerry A. McKinney and | ) | Chapter 13 |
| Kathy J. McKinney, | ) | Document No.: |
|     Debtors. | ) | Related to Document No.: 1 and 15 |
| _____ | ) | |
| Jerry A. McKinney and | ) | |
| Kathy J. McKinney, | ) | |
|     Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondent. | ) | |

## ORDER

AND NOW, to wit, this 3d day of My____, 2017, it is hereby ORDERED, ADJUDGED and DECREED, that the debtors, Jerry A. McKinney and Kathy J. McKinney, are hereby granted an extension until May 5, 2017 to file a completed chapter 13 petition and plan in this case. No additional extensions will be requested or granted.

FILED
5/3/17 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70281-JAD
Jerry A. McKinney                                                         Chapter 13
Kathy J. McKinney
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7            User: bsil                   Page 1 of 1                   Date Rcvd: May 03, 2017
                                Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2017.
db/jdb        +Jerry A. McKinney,    Kathy J. McKinney,    276 Ida Street,    Houtzdale, PA 16651-8542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2017 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
          Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association as
           servicer for PNC Bank, N.A. pabk@logs.com
          Matthew M. Herron    on behalf of Joint Debtor Kathy J. McKinney mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Matthew M. Herron    on behalf of Debtor Jerry A. McKinney mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6