| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Jerry A. McKinney**<br>First Name   Middle Name   Last Name | Social Security number or ITIN<br>EIN | **xxx–xx–4520**<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Kathy J. McKinney**<br>First Name   Middle Name   Last Name | Social Security number or ITIN<br>EIN | **xxx–xx–9538**<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court<br>**WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  **13   4/5/17** | |
| Case number:   **17–70281–JAD** | | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                                12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jerry A. McKinney | Kathy J. McKinney |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 276 Ida Street<br>Houtzdale, PA 16651 | 276 Ida Street<br>Houtzdale, PA 16651 |
| 4. | **Debtor's attorney**<br>Name and address | Matthew M. Herron<br>The Debt Doctors at Quatrini Rafferty<br>941 Penn Avenue<br>Suite 101<br>Pittsburgh, PA 15222 | Contact phone 412–395–6001 |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566 |
| 6. | **Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 412–644–2700<br>Date: 5/5/17 |
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | | |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**Debtor's Photo ID and Social Security Card Must be Presented at the 341 Meeting** | **June 16, 2017 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/15/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/14/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/2/17** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan, a copy of which is enclosed. An initial hearing on confirmation of the plan will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors. Objections to the plan must be filed 7 days prior to the first date set for the meeting of creditors. Objections to holding the initial confirmation hearing immediately following the meeting of creditors must be filed 14 days prior to the first date set for the meeting of creditors. Any party filing an objection to the plan and/or the holding of an initial confirmation hearing immediately following the meeting of creditors must appear in person at the meeting of creditors.<br><br>Any continuance will be announced at the initial hearing. No other notice will be given. Parties must check the docket to ascertain the continued hearing date, time and location. Debtors and their counsel must attend.<br><br>The hearing on confirmation will be held on:<br>**6/16/17** at **10:00 AM**, Location: **Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. The debtor is required to timely make all payments to the trustee. The first payment is due (30) days after the Chapter 13 Plan has been filed. Any failure to make preconfirmation payments to the trustee may result in the dismissal of the case on the trustee's written or oral motion made prior to or at the plan confirmation hearing. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 17-70281-JAD
Jerry A. McKinney                                                   Chapter 13
Kathy J. McKinney
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-7         User: gamr              Page 1 of 3          Date Rcvd: May 05, 2017
                             Form ID: 309I           Total Noticed: 99


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2017.
db/jdb        +Jerry A. McKinney,   Kathy J. McKinney,   276 Ida Street,   Houtzdale, PA 16651-8542
aty           +James Warmbrodt,    KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                Philadelphia, PA 19106-1541
aty           +Kevin Scott Frankel,   Shapiro & DeNardo, LLC,   3600 Horizon Drive,   Suite 150,
                King of Prussia, PA 19406-4702
tr            +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702
cr            +JPMorgan Chase Bank, National Association as servi,   3415 Vision Drive,
                Columbus, OH 43219-6009
14417258      +ACS/College Loan Corp.,   501 Bleecker St.,   Utica, NY 13501-2401
14417264      +AM Std Asst.,   100 Cambridge St., Suite 1600,   Boston, MA 02114-2518
14417263       Altoona Regional,   820 Howard Avenue,   Altoona, PA 16601
14417265      +Apex Asset,   2501 Oregon Pike Ste,   Lancaster, PA 17601-4890
14417266       Beneficial,   PO Box 1231,   Brandon, FL 33509-1231
14417272      +CCS/Nationwide Insurance,   725 Canton Street,   Norwood, MA 02062-2679
14417283     ++CONTINENTAL FINANCE COMPANY LLC,   PO BOX 8099,   NEWARK DE 19714-8099
               (address filed with court: Continental Finance,   PO Box 105125,   Atlanta, GA 30348)
14417271      +Cawley & Bergmann, LLP,   117 Kinderkamack Road,   Suite 201,   River Edge, NJ 07661-1916
14417273      +Centre Diagnostic,   PO Box 197,   State College, PA 16804-0197
14417274      +Centre Emergency Med.,   PO Box 6009,   Hermitage, PA 16148-1009
14417276      +Chase Mtg.,   PO Box 24696,   Columbus, OH 43224-0696
14417277      +Clair and Eleanor Godissart,   525 Keystone Hill Road,   Philipsburg, PA 16866-8305
14417278      +Clearfield Hospital,   PO Box 731584,   Dallas, TX 75373-1584
14417280      +Comcast Cable,   PO Box 23870,   Jacksonville, FL 32241-3870
14417281      +Commonwealth of PA,   118 Enterprise Drive,   Philipsburg, PA 16866-3172
14417282       Complete Payment Recovery,   3500 5th Street,   River Falls, AL 36476
14417286      +Credit Control Collections,   2410 Broad Avenue,   Altoona, PA 16601-1940
14417288      +David J. Hickton, Esq.,   US Post Office & Courthouse,   700 Grant Street, Suite 4000,
                Pittsburgh, PA 15219-1956
14417289      +Delta Management Associates, Inc.,   100 Everett Avenue, Suite 6,   P.O. Box 9191,
                Chelsea, MA 02150-9191
14417292       Fst Premier,   601 S Minneapolis Ave.,   Sioux Falls, SD 57104
14417293       Geisinger,   PO Box 27727,   Newark, NJ 07101-7727
14417294      +Geisinger Health System,   100 N. Academy Avenue,   Danville, PA 17822-0001
14417298      +HSBC,   PO Box 71104,   Charlotte, NC 28272-1104
14417295      +Holiday Financial Serv,   1800 Daisy Street Ext St,   Clearfield, PA 16830-3254
14417296      +Holiday Financial Service,   1800 Daisy Street Ext St.,   Clearfield, PA 16830-3254
14417297      +Home Health Resource,   PO Box 13150,   Overland Park, KS 66282-3150
14417300      +ICN IPA Colletion,   PO Box 893,   Washington, PA 15301-0893
14396349      +KML Law Group, P.C.,   Suite 5000 - BNY Independence Center,   701 Market Street,
                Philadelphia, PA 19106-1538
14417303      +L.S. Ross Assoc.,   PO Box 6099,   Jackson, MI 49204-6099
14417304      +Laffey & Associates,   415 Chartiers Avenue,   Carnegie, PA 15106-2356
14417305      +Laurel Eye Clinic,   PO Box 1180,   Sharpsburg, GA 30277-0964
14417317      +MRS Associates, Inc.,   1930 Olney Ave,   Cherry Hill, NJ 08003-2016
14417311      +Med East Post Opd Surgical,   PO Box 822796,   Philadelphia, PA 19182-2796
14417312      +MediCredit,   PO Box 1629,   Maryland Heights, MO 63043-0629
14417313      +Medicredit Corp./Outsource Group,   Attn: Bankruptcy,   3620 Interstate 70 Dr. Se,
                Columbia, MO 65201-6582
14417314       Meredith Manor,   Waverly, WV 26184
14417316       Mihalkd's,   One Hilside Drive,   Altoona, PA 16601
14417318      +Mt. Nittany Medical Center,   PO Box 536317,   Pittsburgh, PA 15253-5905
14417319      +Mt. Nittany Medical Center,   PO Box 1259,   State College, PA 16804-1259
14417320      +Mt. Nittany Physician Group,   PO BOx 6005,   Hermitage, PA 16148-1005
14417321       National Credit Adjusters,   P.O. Box 3023,   Hutchinson, KS 67504-3023
14417322       National Recovery Agency,   2491 Paxton Street,   Harrisburg, PA 17111-1036
14417323       Northland Group,   PO Box 129,   Thorofare, NJ 08086-0129
14417324      +Northland Group, Inc.,   P.O. Box 390846,   Minneapolis, MN 55439-0846
14417325     #+PA Collection,   PO Box 893,   Washington, PA 15301-0893
14398032      +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14417327      +Penn Credit,   916 S. 14th Street,   Harrisburg, PA 17104-3425
14417328      +Penn Credit,   916 S. 14th Street,   PO Box 988,   Harrisburg, PA 17108-0988
14417326      +Penn Credit,   Attn: Bankruptcy,   PO Box 988,   Harrisburg, PA 17108-0988
14417329      +Penn Highlands,   PO Box 16157,   Rocky River, OH 44116-0157
14417331      +Penn Highlands Clfd,   PO Box 893,   Washington, PA 15301-0893
14417330      +Penn Highlands Clfd,   809 Turnpike Ave.,   PO Box 992,   Clearfield, PA 16830-0992
14417332      +Penn Highlands Dubois,   PO Box 447,   Du Bois, PA 15801-0447
14417334       R&R Radiology Consultants,   PO Box 129,   State College, PA 16803
14417335      +Scheer, Green & Burke,   PO Box 1312,   Toledo, OH 43603-1312
14417336      +Schumacher Group,   165 Caprice Court, Unit B,   Castle Rock, CO 80109-1559
14417339      +The Caring Healthcare Network,   601 N. Front Street,   Philipsburg, PA 16866-2303
14417340      +The HMC Group,   Collection Agency,   POB 16211,   Rocky River, OH 44116-0211
14417342      +Tribute Card,   Attn: Bankruptcy,   P.O. Box 105555,   Atlanta, GA 30348-5555
14417343      +Tyrone Hospital,   9245 Watson Industrial Park,   Saint Louis, MO 63126-1518
```

```
District/off: 0315-7          User: gamr                Page 2 of 3              Date Rcvd: May 05, 2017
                              Form ID: 309I             Total Noticed: 99


14417346        +UPMC,    PO Box 371472,     Pittsburgh, PA 15250-7472

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: mmh@thedebtdoctors.com May 06 2017 00:04:42      Matthew M. Herron,
                 The Debt Doctors at Quatrini Rafferty,    941 Penn Avenue,    Suite 101,   Pittsburgh, PA 15222
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 06 2017 00:05:00      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov May 06 2017 00:05:01
                 Office of the United States Trustee,    Liberty Center.,   1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: AISACG.COM May 06 2017 00:08:00      Exeter Finance Corp.,    c/o Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX 75016-5028
14417260        EDI: AFNIRECOVERY.COM May 06 2017 00:08:00      AFNI,   1310 MLK Drive,    PO Box 3517,
                 Bloomington, IL 61702-3517
14417259       +E-mail/Text: katie.wilson@advanceddisposal.com May 06 2017 00:04:50      Advanced Disposal,
                 6330 Route 219,    Brockway, PA 15824-5016
14417261       +EDI: ALLIANCEONE.COM May 06 2017 00:03:00      Alliance One,    4850 Street Road,    Suite 300,
                 Feasterville Trevose, PA 19053-6643
14417262       +EDI: GMACFS.COM May 06 2017 00:03:00      Ally Financial,    200 Renaissance Ctr.,
                 Detroit, MI 48243-1300
14417267       +E-mail/Text: banko@berkscredit.com May 06 2017 00:04:51      Berks Credit & Collections,
                 PO Box 329,    Temple, PA 19560-0329
14417268       +E-mail/Text: bankruptcy@cavps.com May 06 2017 00:05:08      Calvary Portfolio Services,
                 500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14417270       +EDI: CAPITALONE.COM May 06 2017 00:03:00      Capital One,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
14417269       +EDI: CAPITALONE.COM May 06 2017 00:03:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
14417275       +EDI: CHASE.COM May 06 2017 00:08:00      Chase Card,    Attn: Correspondence Dept.,
                 PO Box 15298,    Wilmington, DE 19850-5298
14417279       +E-mail/Text: bankruptcy@firstenergycorp.com May 06 2017 00:05:05      Collection Service Center,
                 839 5th Ave.,    New Kensington, PA 15068-6303
14417284       +E-mail/Text: csd1clientservices@cboflanc.com May 06 2017 00:05:11
                 Credit Bureau of Lancaster County, Inc.,    PO Box 1271,    Lancaster, PA 17608-1271
14417285       +EDI: CCS.COM May 06 2017 00:08:00      Credit Collection Services,    2 Wells Avenue,
                 Newton Center, MA 02459-3246
14417287       +E-mail/Text: hariasdiaz@creditmanagementcompany.com May 06 2017 00:05:09
                 Credit Management, LP,    Attn: Bankruptcy,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14417290        E-mail/Text: bknotice@erccollections.com May 06 2017 00:05:05
                 Enhanced Recovery Company, LLC,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14417291       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com May 06 2017 00:07:53      Exeter Finance Corp.,
                 PO Box 166008,    Irving, TX 75016-6008
14417299       +EDI: HFC.COM May 06 2017 00:03:00      HSBC Mortgage Services,    636 Grand Regency Blvd.,
                 Brandon, FL 33510-3942
14417301        EDI: IRS.COM May 06 2017 00:03:00      Internal Revenue Service,    Centralized Insolvency Unit,
                 PO Box 21126,    Philadelphia, PA 19114-0326
14417307       +EDI: LTDFINANCIAL.COM May 06 2017 00:03:00      LTD Financial Services,
                 7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
14417308       +EDI: RESURGENT.COM May 06 2017 00:08:00      LVNV Funding,    PO Box 10497,
                 Greenville, SC 29603-0497
14417306        EDI: RMSC.COM May 06 2017 00:03:00      Lowe’s,    P.O. Box 530914,    Atlanta, GA 30353-0914
14417309        E-mail/Text: camanagement@mtb.com May 06 2017 00:04:52      M & T Bank,    PO Box 844,
                 Buffalo, NY 14240
14417315       +EDI: MID8.COM May 06 2017 00:08:00      Midland Credit Management,    8875 Aero Drive  Ste 200,
                 San Diego, CA 92123-2255
14417333        EDI: PRA.COM May 06 2017 00:08:00      Portfolio Recovery Associates, LLC,    P.O. Box 12914,
                 Norfolk, VA 23541
14417337       +EDI: SWCR.COM May 06 2017 00:08:00      Southwest Credit Systems,
                 4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
14417338       +EDI: AGFINANCE.COM May 06 2017 00:03:00      Springleaf,    PO Box 64,
                 Evansville, IN 47701-0064
14417341       +E-mail/Text: bankruptcydepartment@tsico.com May 06 2017 00:05:14      Transworld Systems,
                 PO Box 15273,    Wilmington, DE 19850-5273
14417345       +E-mail/Text: skorman@uoc.com May 06 2017 00:05:15      UOC,   101 Regent Court,
                 State College, PA 16801-7965
14417344       +EDI: URSI.COM May 06 2017 00:03:00      United Recovery Systems,    P.O. Box 722929,
                 Houston, TX 77272-2929
14417347       +EDI: VERIZONEAST.COM May 06 2017 00:03:00      Verizon,
                 Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr. Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                               TOTAL: 33

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LakeView Loan Servicing, LLC
```

```
District/off: 0315-7           User: gamr                Page 3 of 3                  Date Rcvd: May 05, 2017
                               Form ID: 309I             Total Noticed: 99

cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14417310*      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Mabt/contfin,    PO Box 8099,    Newark, DE 19714)
14417302*      +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
                                                                                              TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor   JPMorgan Chase Bank, National Association as
               servicer for PNC Bank, N.A. pabk@logs.com
              Matthew M. Herron    on behalf of Joint Debtor Kathy J. McKinney mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Debtor Jerry A. McKinney mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```