MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **McKinney** _____ JAD

FILED
6/23/17 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Number: **17-70281**

Date of Meeting: **6/16/17**                Recording # **5**
Debtor(s) present **✓** or Not Present ___ (___ No Payments Made or ___ partial payments)
Attorney for debtor(s) **Herron** _____ (Present **✓** or Not Present ___)
Date of Plan at § 341: **5/5/17**    Applicable commitment period **✓** 3 yrs ___ 5 yrs

Pre tnk for JP Morgan

Debtors just completed 2013 - 2016 TAX returns

Debtor wife to return to work — within 3 weeks
Asked for amended Schedule I once she returns to work
Debtor H appealing adverse SSDI determination —

— LMP on IDA Street property.
— No equity in Good St property — currently vacant.

No Payments to date

**✓** Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD                ___ Order to Show Cause Requested
                                     ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**✓** Continued to:
    ___ 341 Meeting   OR   **✓** Conciliation Conf. OR **✓** *Contested Hearing
    On **8/3/17** _____ at **2:30** am/**pm** Location _____

_____
Chapter 13 Trustee/Attorney for Trustee