# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** JERRY A. & KATHY J. MCKINNEY
**Case Number:** 17-70281-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 03, 2017 02:30 PM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
8/4/17 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#20 - Continued Confirmation of Plan Dated 5/5/2017 (N)
+Objections By: United States of America Dept.
of Treasury, IRS filed on 7/6/2017 @ Doc. #30
R / M #: 20 / 0

### *Appearances:*

**Debtor:** Buchanan
**Trustee:** Winnecour / (Bedford) Pail / Katz
**Creditor:** Locnikar - IRS
Pecarchik - JPMorgan Chase.

### *Proceedings:*

**Outcome:** No payments

The debtor(s) has no defense to dismissal, and the Trustee requests entry of an order dismissing the case without prejudice.

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ✓ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

7/26/2017    3:41:24PM