**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jerry A. McKinney** | : | Case No. 17−70281−JAD |
| **Kathy J. McKinney** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Issued Per Aug. 3, 2017 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

      *AND NOW,* this **4th day of August, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

                                                                     Jeffery A. Deller
                                                             United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 17-70281-JAD
Jerry A. McKinney                                                   Chapter 13
Kathy J. McKinney
          Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-7          User: jhel                  Page 1 of 3              Date Rcvd: Aug 04, 2017
                              Form ID: 309                Total Noticed: 100


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2017.
db/jdb         +Jerry A. McKinney,    Kathy J. McKinney,    276 Ida Street,    Houtzdale, PA 16651-8542
cr             +JPMorgan Chase Bank, National Association as servi,     3415 Vision Drive,
                 Columbus, OH 43219-6009
cr             +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,    700 Grant Street, Suite 4000,    Pittsburgh, PA  15219,
                 U.S.A. 15219-1956
14417264       +AM Std Asst.,    100 Cambridge St., Suite 1600,    Boston, MA 02114-2518
14417263        Altoona Regional,    820 Howard Avenue,    Altoona, PA 16601
14417265       +Apex Asset,    2501 Oregon Pike Ste,    Lancaster, PA 17601-4890
14417266        Beneficial,   PO Box 1231,    Brandon, FL 33509-1231
14417272       +CCS/Nationwide Insurance,    725 Canton Street,    Norwood, MA 02062-2679
14417283      ++CONTINENTAL FINANCE COMPANY LLC,     PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Continental Finance,     PO Box 105125,    Atlanta, GA 30348)
14417271       +Cawley & Bergmann, LLP,    117 Kinderkamack Road,    Suite 201,    River Edge, NJ 07661-1916
14417273       +Centre Diagnostic,    PO Box 197,   State College, PA 16804-0197
14417274       +Centre Emergency Med.,    PO Box 6009,    Hermitage, PA 16148-1009
14417276       +Chase Mtg.,   PO Box 24696,    Columbus, OH 43224-0696
14417277       +Clair and Eleanor Godissart,    525 Keystone Hill Road,    Philipsburg, PA 16866-8305
14417278       +Clearfield Hospital,    PO Box 731584,    Dallas, TX 75373-1584
14417280       +Comcast Cable,    PO Box 23870,    Jacksonville, FL 32241-3870
14417281       +Commonwealth of PA,    118 Enterprise Drive,    Philipsburg, PA 16866-3172
14417282        Complete Payment Recovery,    3500 5th Street,    River Falls, AL 36476
14417286       +Credit Control Collections,    2410 Broad Avenue,    Altoona, PA 16601-1940
14417288       +David J. Hickton, Esq.,    US Post Office & Courthouse,    700 Grant Street, Suite 4000,
                 Pittsburgh, PA 15219-1956
14417289       +Delta Management Associates, Inc.,    100 Everett Avenue, Suite 6,    P.O. Box 9191,
                 Chelsea, MA 02150-9191
14658885       +ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
14417292        Fst Premier,    601 S Minneapolis Ave.,    Sioux Falls, SD 57104
14417293        Geisinger,    PO Box 27727,    Newark, NJ 07101-7727
14417294       +Geisinger Health System,    100 N. Academy Avenue,    Danville, PA 17822-0001
14417298       +HSBC,   PO Box 71104,    Charlotte, NC 28272-1104
14417295       +Holiday Financial Serv,    1800 Daisy Street Ext St,    Clearfield, PA 16830-3254
14417296       +Holiday Financial Service,    1800 Daisy Street Ext St.,    Clearfield, PA 16830-3254
14417297       +Home Health Resource,    PO Box 13150,    Overland Park, KS 66282-3150
14417300       +ICN IPA Colletion,    PO Box 893,    Washington, PA 15301-0893
14396349       +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14417303       +L.S. Ross Assoc.,    PO Box 6099,    Jackson, MI 49204-6099
14417304       +Laffey & Associates,    415 Chartiers Avenue,    Carnegie, PA 15106-2356
14417305       +Laurel Eye Clinic,    PO Box 1180,    Sharpsburg, GA 30277-0964
14417317       +MRS Associates, Inc.,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
14417311       +Med East Post Opd Surgical,    PO Box 822796,    Philadelphia, PA 19182-2796
14417312       +MediCredit,    PO Box 1629,    Maryland Heights, MO 63043-0629
14417313       +Medicredit Corp./Outsource Group,    Attn: Bankruptcy,    3620 Interstate 70 Dr. Se,
                 Columbia, MO 65201-6582
14417314        Meredith Manor,    Waverly, WV 26184
14417316        Mihalkd’s,    One Hilside Drive,    Altoona, PA 16601
14417318       +Mt. Nittany Medical Center,    PO Box 536317,    Pittsburgh, PA 15253-5905
14417319       +Mt. Nittany Medical Center,    PO Box 1259,    State College, PA 16804-1259
14417320       +Mt. Nittany Physician Group,    PO BOx 6005,    Hermitage, PA 16148-1005
14417321        National Credit Adjusters,    P.O. Box 3023,    Hutchinson, KS 67504-3023
14417323       #Northland Group,    PO Box 129,    Thorofare, NJ 08086-0129
14417324       +Northland Group, Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
14417325       #+PA Collection,    PO Box 893,    Washington, PA 15301-0893
14398032       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14417327       +Penn Credit,    916 S. 14th Street,    Harrisburg, PA 17104-3425
14417328       +Penn Credit,    916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
14417326       +Penn Credit,    Attn: Bankruptcy,    PO Box 988,    Harrisburg, PA 17108-0988
14417329       +Penn Highlands,    PO Box 16157,    Rocky River, OH 44116-0157
14417330       +Penn Highlands Clfd,    809 Turnpike Ave.,    PO Box 992,    Clearfield, PA 16830-0992
14417331       +Penn Highlands Clfd,    PO Box 893,    Washington, PA 15301-0893
14417332       +Penn Highlands Dubois,    PO Box 447,    Du Bois, PA 15801-0447
14417334        R&R Radiology Consultants,    PO Box 129,    State College, PA 16803
14417335       +Scheer, Green & Burke,    PO Box 1312,    Toledo, OH 43603-1312
14417336       +Schumacher Group,    165 Caprice Court, Unit B,    Castle Rock, CO 80109-1559
14417339       +The Caring Healthcare Network,    601 N. Front Street,    Philipsburg, PA 16866-2303
14417340       +The HMC Group,    Collection Agency,    POB 16211,    Rocky River, OH 44116-0211
14417342       +Tribute Card,    Attn: Bankruptcy,    P.O. Box 105555,    Atlanta, GA 30348-5555
14417343       +Tyrone Hospital,    9245 Watson Industrial Park,    Saint Louis, MO 63126-1518
14417346       +UPMC,   PO Box 371472,    Pittsburgh, PA 15250-7472
```

```
District/off: 0315-7           User: jhel              Page 2 of 3                   Date Rcvd: Aug 04, 2017
                               Form ID: 309            Total Noticed: 100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +EDI: AISACG.COM Aug 05 2017 01:08:00      Exeter Finance Corp.,    c/o Ascension Capital Group,
                P.O. Box 165028,    Irving, TX 75016-5028
14417258       +E-mail/Text: bknotices@conduent.com Aug 05 2017 01:21:19      ACS/College Loan Corp.,
                501 Bleecker St.,    Utica, NY 13501-2401
14417260        EDI: AFNIRECOVERY.COM Aug 05 2017 01:08:00      AFNI,    1310 MLK Drive,    PO Box 3517,
                Bloomington, IL 61702-3517
14417259       +E-mail/Text: katie.wilson@advanceddisposal.com Aug 05 2017 01:20:21       Advanced Disposal,
                6330 Route 219,    Brockway, PA 15824-5016
14417261       +EDI: ALLIANCEONE.COM Aug 05 2017 01:08:00      Alliance One,    4850 Street Road,    Suite 300,
                Feasterville Trevose, PA 19053-6643
14520629        EDI: GMACFS.COM Aug 05 2017 01:08:00      Ally Financial,    PO Box 130424,
                Roseville MN 55113-0004
14417262       +EDI: GMACFS.COM Aug 05 2017 01:08:00      Ally Financial,    200 Renaissance Ctr.,
                Detroit, MI 48243-1300
14417267       +E-mail/Text: banko@berkscredit.com Aug 05 2017 01:20:23      Berks Credit & Collections,
                PO Box 329,    Temple, PA 19560-0329
14417268       +E-mail/Text: bankruptcy@cavps.com Aug 05 2017 01:20:56      Calvary Portfolio Services,
                500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14417270       +EDI: CAPITALONE.COM Aug 05 2017 01:08:00      Capital One,    P.O. Box 30285,
                Salt Lake City, UT 84130-0285
14417269       +EDI: CAPITALONE.COM Aug 05 2017 01:08:00      Capital One,
                Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
14417275       +EDI: CHASE.COM Aug 05 2017 01:08:00      Chase Card,    Attn: Correspondence Dept.,
                PO Box 15298,    Wilmington, DE 19850-5298
14417279       +E-mail/Text: bankruptcy@firstenergycorp.com Aug 05 2017 01:20:49       Collection Service Center,
                839 5th Ave.,    New Kensington, PA 15068-6303
14417284       +E-mail/Text: csd1clientservices@cboflanc.com Aug 05 2017 01:21:03
                Credit Bureau of Lancaster County, Inc.,    PO Box 1271,    Lancaster, PA 17608-1271
14417285       +EDI: CCS.COM Aug 05 2017 01:08:00      Credit Collection Services,    2 Wells Avenue,
                Newton Center, MA 02459-3246
14417287       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 05 2017 01:21:00
                Credit Management, LP,    Attn: Bankruptcy,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14417290        E-mail/Text: bknotice@erccollections.com Aug 05 2017 01:20:49
                Enhanced Recovery Company, LLC,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14417291       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Aug 05 2017 01:24:19       Exeter Finance Corp.,
                PO Box 166008,    Irving, TX 75016-6008
14417299       +EDI: HFC.COM Aug 05 2017 01:08:00      HSBC Mortgage Services,    636 Grand Regency Blvd.,
                Brandon, FL 33510-3942
14417301        EDI: IRS.COM Aug 05 2017 01:08:00      Internal Revenue Service,    Centralized Insolvency Unit,
                PO Box 21126,    Philadelphia, PA 19114-0326
14417307       +EDI: LTDFINANCIAL.COM Aug 05 2017 01:08:00      LTD Financial Services,
                7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
14417308       +EDI: RESURGENT.COM Aug 05 2017 01:08:00      LVNV Funding,    PO Box 10497,
                Greenville, SC 29603-0497
14657177        EDI: RESURGENT.COM Aug 05 2017 01:08:00      LVNV Funding, LLC its successors and assigns as,
                assignee of SpringCastle Credit Funding,    Trust,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
14417306        EDI: RMSC.COM Aug 05 2017 01:08:00      Lowe’s,    P.O. Box 530914,    Atlanta, GA 30353-0914
14417309        E-mail/Text: camanagement@mtb.com Aug 05 2017 01:20:26      M & T Bank,    PO Box 844,
                Buffalo, NY 14240
14637179        E-mail/Text: camanagement@mtb.com Aug 05 2017 01:20:26      M&T Bank,    P.O. Box 840,
                Buffalo, NY 14240-0840
14417315       +EDI: MID8.COM Aug 05 2017 01:08:00      Midland Credit Management,    8875 Aero Drive  Ste 200,
                San Diego, CA 92123-2255
14417322        E-mail/Text: Bankruptcies@nragroup.com Aug 05 2017 01:21:19      National Recovery Agency,
                2491 Paxton Street,    Harrisburg, PA 17111-1036
14417333        EDI: PRA.COM Aug 05 2017 01:08:00      Portfolio Recovery Associates, LLC,    P.O. Box 12914,
                Norfolk, VA 23541
14643680        EDI: Q3G.COM Aug 05 2017 01:08:00      Quantum3 Group LLC as agent for,
                CASCADE CAPITAL LLC SERIES C,    PO Box 788,    Kirkland, WA 98083-0788
14417337       +EDI: SWCR.COM Aug 05 2017 01:08:00      Southwest Credit Systems,
                4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
14417338       +EDI: AGFINANCE.COM Aug 05 2017 01:08:00      Springleaf,    PO Box 64,
                Evansville, IN 47701-0064
14417341       +E-mail/Text: bankruptcydepartment@tsico.com Aug 05 2017 01:21:07       Transworld Systems,
                PO Box 15273,    Wilmington, DE 19850-5273
14417345       +E-mail/Text: skorman@uoc.com Aug 05 2017 01:21:09      UOC,    101 Regent Court,
                State College, PA 16801-7965
14417344       +EDI: URSI.COM Aug 05 2017 01:08:00      United Recovery Systems,    P.O. Box 722929,
                Houston, TX 77272-2929
14417347       +EDI: VERIZONEAST.COM Aug 05 2017 01:08:00      Verizon,
                Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr. Ste 500,
                Weldon Springs, MO 63304-2225
14652795       +EDI: AIS.COM Aug 05 2017 01:08:00      Verizon,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 37
```

```
District/off: 0315-7          User: jhel              Page 3 of 3            Date Rcvd: Aug 04, 2017
                              Form ID: 309            Total Noticed: 100

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LakeView Loan Servicing, LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14417310*     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Mabt/contfin,    PO Box 8099,    Newark, DE 19714)
14417302*      +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
                Philadelphia, PA 19106-1538
                                                                                TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
          Jill  Locnikar    on behalf of Creditor   United States of America Department of the Treasury,
           Internal Revenue Service jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
          Kevin Scott Frankel    on behalf of Creditor   JPMorgan Chase Bank, National Association as
           servicer for PNC Bank, N.A. pabk@logs.com
          Matthew M. Herron    on behalf of Joint Debtor Kathy J. McKinney mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Matthew M. Herron    on behalf of Debtor Jerry A. McKinney mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```